# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 173.26.104.29 | Mediacom Communications | 2011-04-05 03:41:30 AM |
| 207.181.218.233 | RCN Corporation | 2011-03-30 04:52:43 PM |
| 24.13.53.79 | Comcast Cable Communications | 2011-04-07 09:57:43 PM |
| 24.14.119.141 | Comcast Cable Communications | 2011-04-08 07:08:49 PM |
| 24.15.108.99 | Comcast Cable Communications | 2011-03-21 07:09:31 PM |
| 24.178.237.67 | Charter Communications | 2011-03-24 07:46:02 AM |
| 64.53.217.16 | WideOpenWest Finance | 2011-05-08 03:05:14 PM |
| 67.173.148.185 | Comcast Cable Communications | 2011-04-11 02:45:31 PM |
| 75.60.16.94 | AT&T Internet Services | 2011-05-14 08:43:10 AM |
| 75.60.6.142 | AT&T Internet Services | 2011-03-24 12:25:50 AM |
| 75.63.60.245 | AT&T Internet Services | 2011-03-25 11:26:43 PM |
| 76.202.209.179 | AT&T Internet Services | 2011-03-22 07:43:11 PM |
| 76.217.106.62 | AT&T Internet Services | 2011-03-24 02:50:57 AM |
| 98.193.53.121 | Comcast Cable Communications | 2011-05-15 04:27:05 PM |
| 98.206.179.146 | Comcast Cable Communications | 2011-05-23 06:49:49 PM |
| 98.212.140.98 | Comcast Cable Communications | 2011-04-05 08:38:10 AM |
| 98.212.199.165 | Comcast Cable Communications | 2011-03-22 05:24:07 PM |
| 98.212.40.218 | Comcast Cable Communications | 2011-04-08 02:11:41 PM |
| 99.140.215.223 | AT&T Internet Services | 2011-03-21 07:09:31 PM |
| 99.27.248.54 | AT&T Internet Services | 2011-05-20 03:56:08 AM |
| 99.27.252.76 | AT&T Internet Services | 2011-04-07 12:07:27 AM |
| 99.27.255.125 | AT&T Internet Services | 2011-05-10 03:44:40 PM |
| 99.41.190.150 | AT&T Internet Services | 2011-03-25 12:52:31 AM |
| 99.50.187.152 | AT&T Internet Services | 2011-05-12 09:36:43 AM |
| 99.50.191.238 | AT&T Internet Services | 2011-04-30 01:06:57 AM |